No. 84–6174. MITCHELL *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari. Certiorari denied. ▌

No. 84–695. KING *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL. (INTEGRITY HOME LOAN CO., INC., ET AL., REAL PARTIES IN INTEREST), 469 U. S. 1100;

No. 84–5783. BILLIOT *v.* MISSISSIPPI, 469 U. S. 1230; and

No. 84–5901. CHANEY *v.* NATIONAL RAILROAD PASSENGER CORPORATION, 469 U. S. 1221. Petitions for rehearing denied.